Delgado *v.* Northeastern Precision Products Corp., Appellant.

Argued March 18, 1970. *Willliam B. Freilich,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellant; *Joseph Lurie,* with him *Galfand, Berger, Senesky & Lurie,* for appellee.

Judgment affirmed.

WRIGHT, P. J., and MONTGOMERY, J., dissent.

DeNicola *v.* DeNicola, Appellant.

Argued March 18, 1970. *Alexander Schamban,* for appellant; *Michael A. Marolla,* for appellee; reargument refused June 5, 1970.

Order affirmed.

DeSantis *v.* DeSantis, Appellant.

Argued March 23, 1970. *Robert J. Scallan,* with him *Siegle, Scallan, March and Berman,* for appellant; *Robert F. Jackson,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.